# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JOSE IGNACIO JAQUEZ-NEJEDA,<br><br>             Defendant. | CASE NO. 10CR3155-GT<br><br>JUDGMENT OF DISMISSAL |

**FILED**
OCT 0 1 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of the Indictment/Information: 8:1326 (a) and (b) - Deported Alien Found in the United States (Felony).

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/1/10

_____
GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE